UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., *and* SGO CORPORATION LIMITED,<br><br>*Plaintiffs*,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>*Defendants*,<br>v.<br><br>STANFORD UNIVERSITY,<br><br>*Respondent*. | Case No. 4:24-mc-80008-KAW<br>Action filed: January 12, 2024<br><br>**ORDER TRANSFERRING CASE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** |

The Court, having considered the parties' stipulation consenting to transfer of this action pursuant to Rule 45(f) of the Federal Rule of Civil Procedure, hereby directs the Clerk of Court to transfer this proceeding to the United States District Court for the District of Columbia to the matter captioned *Smartmatic USA Corp. et al. v. Herring Networks, Inc.*, No. 1:21-cv-02900-CJN-MAU (D.D.C.). The Clerk of Court is further directed to close this case.

IT IS SO ORDERED.

Dated January 26, 2024

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE